UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRAZIER, | No. 2:12-cv-0883 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983, has consented to this court's jurisdiction. (ECF No. 5.) Before the court is plaintiff's motion to withdraw his consent. (ECF No. 30.)

"The right to adjudication before an Article III judge is an important constitutional right. However, this right, like other fundamental rights, can be waived" pursuant to the consent of the parties under 28 U.S.C. § 636(c). United States v. Neville, 985 F.2d 992, 999-1000 (9th Cir. 1993) (citations omitted). "Once a civil case is referred to a magistrate judge under section 636(c), the reference can be withdrawn by the court only for good cause shown on its own motion, or under extraordinary circumstances shown by any party." Dixon v. Ylst, 990 F.2d 478,

1  479-80 (9th Cir. 1993) (citation omitted); 28 U.S.C. § 636(c).  As plaintiff has not shown good

2  cause to withdraw his consent, it remains in effect.

3         Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion to withdraw consent

4  (ECF No. 30) is denied.

5  Dated:  August 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / braz0883.consent