1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY BRAZIER,                    No.  2:12-cv-0883 CKD P

12              Plaintiff,

13       v.                              ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTION AND
15   REHABILITATION, et al.,

16              Defendants.

17

18

19        Plaintiff, a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983,

20   has consented to this court's jurisdiction.  (ECF No. 5.)  Before the court is plaintiff's motion to

21   withdraw his consent.  (ECF No. 30.)

22        "The right to adjudication before an Article III judge is an important constitutional right.

23   However, this right, like other fundamental rights, can be waived" pursuant to the consent of the

24   parties under 28 U.S.C. § 636(c).  United States v. Neville, 985 F.2d 992, 999-1000 (9th Cir.

25   1993) (citations omitted).  "Once a civil case is referred to a magistrate judge under section

26   636(c), the reference can be withdrawn by the court only for good cause shown on its own

27   motion, or under extraordinary circumstances shown by any party."  Dixon v. Ylst, 990 F.2d 478,

28

                                       1

1  479-80 (9th Cir. 1993) (citation omitted); 28 U.S.C. § 636(c).  As plaintiff has not shown good

2  cause to withdraw his consent, it remains in effect.

3          Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion to withdraw consent

4  (ECF No. 30) is denied.

5  Dated:  August 7, 2013

6                                                      _____
                                                       CAROLYN K. DELANEY
7                                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11  2 / braz0883.consent

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2